IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL E. COLEMAN, | § | |
| | § | |
| Plantinff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-CV-01993 |
| | § | |
| REGIONS FINANCIAL CORPORATION, | § | |
| | § | |
| Defendant. | | |

## JOINT AND AGREEED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Michael E. Coleman ("Coleman") and Defendant Regions Financial Corporation ("Defendant" or "Regions"), file this Joint and Agreed Motion to Dismiss with Prejudice. The Parties show the Court as follows:

The parties have reached an out of court resolution of this case and, as part of that resolution, seek a dismissal of this case in its entirety with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that this case, and all claims brought or which could have been brought by Plaintiff against Defendant in this case be dismissed in its entirety with prejudice. The Parties further request that each party be held responsible for the costs of court and attorneys' fees that they each incurred.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Texas Bar # 00788641
Law Office of Douglas B. Welmaker
3334 Richmond, Suite 100
Houston, TX 77098
(713)522-0066
(713)522-9977 (Fax)

9076766_1.DOC

Mark Siurek
Texas Bar # 18447900
Warren & Siurek, L.L.P.
3355 West Alabama, Suite 1010
Houston, Texas 77098
(713)522-0066
(713)522-9977 (Fax)

ATTORNEYS FOR PLAINTIFF


/s/ Michael D. Mitchell_____
Michael D. Mitchell
Attorney in Charge
Texas Bar #00784615
Federal ID #15330
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
500 Dallas Street, Suite 3000
Houston, TX  77002
713.655.5756
713.655.0020 (Fax)

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL E. COLEMAN, | § |
| Plantinff, | § § § |
| v. | §    CIVIL ACTION NO. 4:10-CV-01993 |
| REGIONS FINANCIAL CORPORATION, | § § § |
| Defendant. | § |

**ORDER GRANTING JOINT AND AGREED
MOTION TO DISMISS WITH PREJUDICE**

The Court has considered the Parties' Joint and Agreed Motion to Dismiss With Prejudice.

It is hereby ORDERED that all claims asserted or which could have been asserted in this case by the Plaintiff are DISMISSED WITH PREJUDICE, and that this lawsuit is DISMISSED in its entirety with prejudice.

SIGNED on August _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

9076766.1 (OGLETREE)